**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113074
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Alejandra Gomez, individually and on behalf of all others similarly situated, <br><br>        Plaintiff, <br><br>        -against- <br><br> Northland Group, Inc., <br><br>        Defendant. | Docket No: 2:17-cv-04670-JFB-SIL |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily

dismissed with prejudice against the defendant.

Dated: June 4, 2018

                        **BARSHAY SANDERS, PLLC**

                        By: ____/s *Craig B. Sanders*____
                        Craig B. Sanders
                        100 Garden City Plaza, Suite 500
                        Garden City, New York 11530
                        Tel. (516) 203-7600
                        Email: *ConsumerRights@BarshaySanders.com*
                        Our File No: 113074
                        *Attorneys for Plaintiff*