**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113074
*Attorneys for Plaintiff*

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 05 2018   ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Alejandra Gomez, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Northland Group, Inc.,

        Defendant.

Docket No: 2:17-cv-04670-JFB-SIL

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

*[handwritten: The Clerk of the Court shall close the case.]*

Dated: June 4, 2018

**BARSHAY SANDERS, PLLC**

By:   /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113074
*Attorneys for Plaintiff*

*[handwritten signature: Joseph Bianco]*
Joseph F. Bianco
USDJ
Date: June 5, 2018
Central Islip, N.Y.